UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. _____** |
| | **:** | |
| **v.** | **:** | **Violation: 18 U.S.C. § 2314** |
| | **:** | |
| **ROBERT PETRINO, SR.** | **:** | **(Interstate Transportation of** |
| | **:** | **Stolen Merchandise)** |

**I N F O R M A T I O N**

The United States Attorney charges:

**COUNT ONE**

On or about January 18, 2007, in the District of Connecticut and elsewhere, the

defendant, **ROBERT PETRINO, SR.**, knowingly and willfully did transport, transmit, and

transfer in interstate commerce from Greenwich, Connecticut, to Pawtucket, Rhode Island,

goods, wares, and merchandise, that is, a F.P. Journe Divine G40 wristwatch, having a value of

more than $5,000, knowing the same to have been stolen, converted, and taken by fraud.

In violation of Title 18, United States Code, Section 2314.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY


RICHARD J. SCHECHTER
ACTING SUPERVISORY ASST. U.S. ATTORNEY


HAROLD H. CHEN
ASSISTANT UNITED STATES ATTORNEY