AO 455  (Rev. 9/98) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| United States of America | **WAIVER OF INDICTMENT** |
| v. | |
| **ROBERT PETRINO, SR.** | DOCKET NUMBER: |

I, **ROBERT PETRINO, SR.**, the above-named defendant, who is accused of ONE COUNT of violating Title 18, United States Code, Section 2314 (interstate transportation of stolen merchandise), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ROBERT PETRINO, SR.
Defendant

THOMAS J. BUTTERS, ESQ.
Counsel for Defendant

Date: _____