| To: United States Attorney | District S.D. of New York | Date July ____, 2007 |
|---|---|---|
| Name of Subject<br><br>Robert Petrino, Sr. | Statute Violated 18 U.S.C. §2314 (interstate transportation of stolen merchandise) | File Data *(Initials and Number)* |

## Part A - District of Arrest

■ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

■ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.

☐ Other *(Specify):*

☐ The above-named defendant entered a plea of guilty under Rule 20.
**Date of Plea        Date of Sentence     Sentence**

| From *(Signature and Title)*<br><br>Michael J. Garcia<br>United States Attorney, Southern District of New York | Address<br><br>One St. Andrews Plaza<br>New York, NY 10007 |
|---|---|

## Part B - District of Offense

■ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at _____
_____
          on                                at                          o'clock.

*(Kindly notify me of any anticipated delay.)*

■ Enclosed are two certified copies of indictment or information. Docket No. _____
                                                        (District of Connecticut)

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify):*

| Signature: Kevin J. O'Connor<br>United States Attorney<br><br><br>John H. Durham<br>Deputy United States Attorney | District<br><br>District of Connecticut<br>157 Church Street<br>New Haven, CT 06510 | Date<br><br>June ____, 2007 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rule 7 & 20, Federal Rules of Criminal Procedure.
FORM USA-231